# Order

Michigan Supreme Court
Lansing, Michigan

April 5, 2019

158068

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　　Plaintiff-Appellee,

v

TYKEITH L. TURNER,
　　　　　Defendant-Appellant.

SC:  158068
COA:  336406
Wayne CC:  95-010246-FC

_____/

　　　　On order of the Court, the application for leave to appeal the May 17, 2018 judgment of the Court of Appeals is considered, and it is GRANTED.  The parties shall address:  (1) whether a legal misconception concerning a defendant's sentence on one count renders the sentences for other counts arising out of the same transaction invalid; (2) whether the requirements for a motion for relief from judgment must be satisfied before a defendant may be resentenced on other counts where a change in the law requires resentencing for one count, or whether a trial court may exercise its discretion to resentence on other counts where resentencing is required for one count; and (3) if the latter, what parameters apply to the exercise of the court's discretion when deciding whether to resentence on other counts.  The time for oral argument shall be 20 minutes for each side.  MCR 7.314(B)(1).

　　　　The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae.  Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



p0329

　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk